**DENY; and Opinion Filed January 3, 2017.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01038-CV

### IN RE JOSE RICARDO TOME, Relator

**Original Proceeding from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-722-97**

## MEMORANDUM OPINION
Before Chief Justice Wright, Justice Lang, and Justice Brown
Opinion by Justice Brown

Before the Court is relator's August 29, 2016 petition for writ of mandamus in which relator asks the Court to order the trial court to "answer his notice of appeal" and his request for free clerk's record and reporter's record. We have received relator's notice of appeal from the trial court and docketed that appeal as cause number 05-16-01442-CR, *Jose Ricardo Tome v. State of Texas*. Accordingly, we deny as moot relator's petition for writ of mandamus.

/Ada Brown/
ADA BROWN
JUSTICE

161038F.P05